People v Kiriakos (2025 NY Slip Op 07408)

People v Kiriakos

2025 NY Slip Op 07408

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
DEBORAH A. DOWLING
JAMES P. MCCORMACK, JJ.

2019-05508

[*1]The People of the State of New York, respondent,
vFaddy I. Kiriakos, appellant. (S.C.I. No. 905/17)

Lisa H. Blitman, New York, NY, for appellant.
Susan Cacace, District Attorney, White Plains, NY (Raffaelina Gianfrancesco and Jill Oziemblewski of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Westchester County (Michael A. Martinelli, J.), rendered April 8, 2019, convicting him of criminal mischief in the fourth degree and resisting arrest, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's challenge to the validity of his plea of guilty is unpreserved for appellate review because the defendant did not move to withdraw his plea or otherwise object to its entry prior to the County Court imposing sentence (see People v Williams, 27 NY3d 212, 214; People v Umanzor, 236 AD3d 1069). In any event, the record as a whole demonstrates that the defendant entered his plea intelligently, knowingly, and voluntarily (see generally People v Conceicao, 26 NY3d 375, 382-384).
DILLON, J.P., IANNACCI, DOWLING and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court